Arturo E. Matthews, Jr., Esq.
6 Hutton Centre Drive, Suite 600
Santa Ana, CA 92707
Phone: (714) 647-7110
Fax: (714) 647-5558
Email: aem@matthewsfirm.net
SBN: 145232

Counsel for Plaintiff, Christian Miranda

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN MIRANDA,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No: 3:16-cv-05602-VC<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: February 6, 2017          By:  /s/ Arturo E. Matthews, Jr.
                                    Arturo E. Matthews, Jr.

Notice of Settlement                     1
Case No. 3:16-cv-05602-VC

### **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2017, I electronically filed the foregoing Notice of Settlement. Service of this filing will be made by the Court's ECF System upon the following:

Marcos D. Sasso
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA  90067

*Counsel for Defendant*

/s/ Arturo E. Matthews, Jr.

Notice of Settlement
Case No. 3:16-cv-05602-VC

2